# EXHIBIT 15

Page 1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           ) File No. LA-04922-A
OWNZONES MEDIA NETWORK, INC. )

COPY

WITNESS:  Daniel Goman
PAGES:    1 through 274
PLACE:    Securities and Exchange Commission
          444 South Flower Street, Suite 900
          Los Angeles, California 90071
DATE:     Thursday, December 6, 2018

The above-entitled matter came on for hearing, pursuant to notice, at 10:36 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Exhibit 15
Page 182

Page 237

1  so there was really no need to sit there and -- and try to
2  bypass anything or kind of like somehow squirrel away
3  money and move the accounts. It's all too complicated.
4  It -- it -- it doesn't make any sense.
5       Am I saying it didn't happen? No, I -- it's
6  clear it did happen, but it wasn't some sort of a master
7  plan hatched by me or anybody at OwnZones, and then we
8  all, like, sat there and coordinated and put in motion.
9       Of there was -- no -- so that is all I can say
10 about that.
11     Q    Who -- who else -- what other direct investors
12 raised money from sub-investors?
13     A    I -- I don't know a hundred percent. You know, I
14 know that, for instance, you know, Valentino brought in a
15 few of his friends. He is the uncle of David Bortis.
16      And there is probably, you know, two or three
17 others that may have. But I think it's fairly limited in
18 terms of the number of investors that this happened, you
19 know. I think Daniel Bortis is probably, you know, the
20 one that, like, went all out apparently, you know, so.
21     Q    At some point did OwnZones kind of adopt
22 Daniel Bortis' Form Stock Purchase Agreement marked as
23 Exhibit 9 and start sending it to investors?
24     A    No.
25      I know that, you know, Andrea sent it in that

Exhibit 15
Page 183

```
                                                        Page 271
 1     A     No.  No.  We -- the only compensation we ever
 2   offered is to people when they spent money on us, you
 3   know.  We said, "We don't have the cash.  We're cash poor.
 4   But, you know, is equity okay at some point?"
 5           But we never -- if you looked at it, all the
 6   documentation, we never got around to actually doing that
 7   for people.  So at some point we will, but we -- we
 8   didn't.
 9     Q     So did Christina Marie Daniels just drop the
10   demand for her commission after this?  Or what -- what
11   happened since August 2017?
12     A     I need to talk to her.  And I -- and I will talk
13   to her.  I haven't connected with her since.
14     Q     You mentioned Valentino Moca earlier.
15     A     Yeah.
16     Q     What was his role with respect to OwnZones?
17     A     He's -- he's -- generally, I didn't know him at
18   all before about 2016.  He just came into our office one
19   day and was like, "What are you guys doing?"  And I
20   presented the idea.  He started investing a little bit.
21           But then it just grew into he is probably one of
22   our biggest investors.  Other than that, he had no other
23   role.
24           And as far as I know, the guy is incredibly
25   wealthy.  He has properties nationwide, you know, as far
```

Exhibit 15
Page 184

Page 272

1  as I know.
2        And, you know, he is just -- now he is one guy
3  that I can tell you is a friend, you know.  He has become
4  a friend since then, you know.
5     Q    I know you mentioned earlier that you were aware
6  of him bringing in some people.  How did that -- what do
7  you know about that?
8     A    It was -- so he has a group of people that he
9  invests in houses with, you know.  He is like a property
10 investor.  That same group of people.  You know, I can --
11 it's a list of about, like, you know, between five and
12 seven, you know.  They pooled some resources, but the bulk
13 are his, you know.
14    Q    Okay.
15    A    And so anyway.
16         MR. NOWLIN:  Okay.  Our -- yeah.  Let's go off
17 the record at 4:59.
18         (Whereupon, at 4:59 p.m., the examination was
19 concluded.)
20                    * * * * *
21
22
23
24
25

Exhibit 15
Page 185

```
                                                          Page 273

 1                    PROOFREADER'S CERTIFICATE
 2
 3     In the Matter of:    OWNZONES MEDIA NETWORK, INC.
 4     Witness:             Daniel Goman
 5     File Number:         LA-04922-A
 6     Date:                Thursday, December 6, 2018
 7     Location:            Los Angeles, California
 8
 9           This is to certify that I, Christine Boyce,
10     (the undersigned) do hereby certify that the foregoing
11     transcript is a complete, true and accurate transcription
12     of all matters contained on the recorded proceedings of the
13     investigative testimony.
14
15
16     ____Ch E. Boyce____          ____12-26-18____
17     (Proofreader's Name)              (Date)
18
19
20
21
22
23
24
25
```

Exhibit 15
Page 186

```
 1                    REPORTER'S CERTIFICATE
 2   STATE OF CALIFORNIA           )
 3   COUNTY OF ORANGE              )
 4           I, the undersigned, a certified shorthand
 5   reporter of the State of California do hereby certify:
 6           That the foregoing proceedings were taken
 7   before me at the time and place herein set forth; that
 8   any witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   directions; further, that the foregoing is an accurate
13   transcription thereof.
14           I further certify that I am neither
15   financially interested in the action nor a relative or
16   employee of any attorney of any of the parties.
17           IN WITNESS WHEREOF, I have this date
18   subscribed my name.
19
20   Dated:  December 21, 2018
21
22
23           _____
             MARCIA S. MC ENTEE,
24           CSR No. 13399
25
```

Diversified Reporting Services, Inc.
(202) 467 9200

Exhibit 15
Page 187