# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Applicant,<br><br>vs.<br><br>CHRISTINA MARIE DANIELS, KIM BENNETT, and VALENTINO MOCA,<br><br>        Respondents. | Case No. 2:19-mc-00023-DSF-JEM<br><br>**ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS SHOULD NOT BE ISSUED** |

      The Applicant, the Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Application for Order Compelling Compliance with Investigative Subpoenas against Respondents Christina Marie Daniels, Kim Bennett, and Valentino Moca, the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay:

| 1  | IT IS HEREBY ORDERED that the SEC's Application for an Order to Show
| 2  | Cause Why an Order Compelling Compliance with Investigative Subpoenas should
| 3  | not be issued is GRANTED.
| 4  | IT IS HEREBY ORDERED that on March 25, 2019, at 10 a.m., or as soon
| 5  | thereafter as the parties can be heard, each of the Respondents shall appear before the
| 6  | Honorable John E. McDermott, United States Magistrate Judge, in Courtroom 640,
| 7  | located at 255 East Temple Street, Los Angeles, California, to show cause, if there be
| 8  | any, why an Order Compelling Compliance with Investigative Subpoenas should not
| 9  | be granted in accordance with the Application filed by the SEC herein.
| 10 | IT IS FURTHER ORDERED that any papers in opposition to the issuance of
| 11 | an Order Compelling Compliance shall be filed by the Respondents with this Court
| 12 | and served on the SEC's Los Angeles Regional Office at 444 S. Flower Street, 9th
| 13 | Floor, Los Angeles, California 90071, such that they arrive no later than 5:00 p.m.
| 14 | (PST), on March 11, 2019.
| 15 | IT IS FURTHER ORDERED that any reply papers in support of the issuance
| 16 | of an Order Compelling Compliance shall be filed by the SEC with this Court and
| 17 | served on the Respondents such that they arrive no later than 5:00 p.m. (PST), on
| 18 | March 18, 2019.
| 19 | IT IS FURTHER ORDERED that service of this Order to Show Cause, and
| 20 | any papers in opposition to the issuance of an Order Compelling Compliance, or any
| 21 | reply papers, may be accomplished by electronic mail, facsimile, United Parcel
| 22 | Service or personal service.

Dated: February 21, 2019

_____
John E. Mcdermott
United States Magistrate Judge